# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Manchester,                          :
                          Petitioner          :
                                                   :
                   v.                          :           No. 14 C.D. 2022
                                                   :
Lincare Holdings Inc. and                   :
Liberty Insurance Company                   :
(Workers' Compensation Appeal               :
Board),                                     :
                           Respondents     :

## PER CURIAM                     O R D E R

NOW, November 21, 2022, upon consideration of Petitioner's application for reargument, the application is denied.